■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY SCOTT, Appellant. (Appeal No. 2.) [877 NYS2d 228]—Appeal from a judgment of the Onondaga County Court (William D. Walsh, J.), rendered April 3, 2007. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Peradotto, Carni and Green, JJ.